# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142634

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

IN RE PETITION OF CALHOUN COUNTY
TREASURER
_____/

CALHOUN COUNTY TREASURER,
      Petitioner-Appellee,

v

WAYNE and JOAN SWAFFORD,
      Respondents-Appellants.
_____/

SC: 142634
COA: 293272
Calhoun CC: 08-001834-CZ

On order of the Court, the application for leave to appeal the November 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

Clerk

h0620